UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20406-WILLIAMS

UNITED STATES OF AMERICA

vs.

NAMAN WAKIL,

       Defendant.
_____/

## ORDER OF DISBURSEMENT OF $21,248,434.25 BOND PLUS ACCRUED INTEREST TO THE UNITED STATES OF AMERICA

**THIS MATTER** is before the Court upon motion of the United States of America (the "United States") for entry of an Order for Disbursement of the $21,248,434.25 bond plus accrued interest presently held in the court registry. The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

**ORDERED and ADJUDGED,**

That the United States Motion for Disbursement of Bond is hereby **GRANTED**.

The $21,248,434.25 dollars plus accrued interest presently held in the court registry shall be distributed to the United States of America via IPAC, with instructions to be provided by the United States to the Clerk of the Court.

**DONE and ORDERED** at Miami, Florida, this /6 day of November 2023.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE